# Third District Court of Appeal

## State of Florida

Opinion filed September 13, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-2126
Lower Tribunal No. 21-23209
_____

**Margaret Parker-Seymour,**
Appellant,

vs.

**The Secretary of the U.S. Department of Housing
and Urban Development, etc.,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, David C. Miller, Judge.

Andrew C. Demos, P.A., and Andrew C. Demos (Pembroke Pines), for appellant.

Becker & Poliakoff, P.A., and Steven M. Davis, for appellee.


Before FERNANDEZ, SCALES and BOKOR, JJ.

PER CURIAM.

Affirmed.